**FILED**
June 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Sylvia Ann Fernandez
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | SA-21-CR-00124-XR |
| -vs- | § | |
| (1) MICHAEL ANGELO PADRON, *Defendant* | § | |

**VERDICT**

ON **COUNT ONE,** We, the Jury, find the Defendant, MICHAEL PADRON,

GUILTY
("Not Guilty" or "Guilty")

ON **COUNT TWO,** We, the Jury, find the Defendant, MICHAEL PADRON,

NOT GUILTY
("Not Guilty" or "Guilty")

ON **COUNT THREE,** We, the Jury, find the Defendant, MICHAEL PADRON,

NOT GUILTY
("Not Guilty" or "Guilty")

ON **COUNT FOUR,** We, the Jury, find the Defendant, MICHAEL PADRON,

GUILTY
("Not Guilty" or "Guilty")

ON **COUNT FIVE**, We, the Jury, find the Defendant, MICHAEL PADRON,

GUILTY
("Not Guilty" or "Guilty")

ON **COUNT SIX**, We, the Jury, find the Defendant, MICHAEL PADRON,

GUILTY
("Not Guilty" or "Guilty")

ON **COUNT SEVEN**, We, the Jury, find the Defendant, MICHAEL PADRON,

GUILTY
("Not Guilty" or "Guilty")

ON **COUNT EIGHT**, We, the Jury, find the Defendant, MICHAEL PADRON,

GUILTY
("Not Guilty" or "Guilty")

ON **COUNT NINE**, We, the Jury, find the Defendant, MICHAEL PADRON,

GUILTY
("Not Guilty" or "Guilty")

Signed on:

06/29/2022
DATE

[redacted]
FOREPERSON

