UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO:   SA:21-CR-00124(1)-XR |
| | § | |
| (1) MICHAEL ANGELO PADRON | § | |

### *O R D E R*

On this day came on to be considered Defendant's Motion to Continue Sentencing scheduled for December 13, 2022 .  Upon consideration, the Court is of the opinion that the motion should be **GRANTED**.

It is hereby **ORDERED** that Defendant's Motion to Continue Sentencing **(Doc. #186)** is **GRANTED**.

It is **FURTHER ORDERED** that the above entitled and numbered cause is rescheduled for **Sentencing on Wednesday, January 18, 2023, at 1:30 PM** in Courtroom H, on the Thrid Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas.

Signed this 8th day of December, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE